1  **Thomas P. Riley, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030-3227**

4  **Tel:  626-799-9797**
   **Fax: 626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**
7

8              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
9                       **FRESNO DIVISION**

10 **J & J SPORTS PRODUCTIONS, INC.,**  | **CASE NO. 1:15-cv-01036--SKO**

11 
12              **Plaintiff,**                  | **PLAINTIFF'S *EX PARTE***
                                                **APPLICATION FOR AN ORDER**
13                  **v.**                       **CONTINUING THE TELEPHONIC**
                                                **CASE MANAGEMENT**
14 **RAQUEL ORTIZ REYES, et al.,**            **CONFERENCE; AND ORDER**

15             **Defendants.**

16 

17     **TO THE HONORABLE SHEILA K. OBERTO, THE DEFENDANTS AND THEIR**

18 **ATTORNEY/S OF RECORD:**

19         Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the

20 Telephonic Case Management Conference presently set for Tuesday, September 1, 2015 at 10:00 AM.

21 As set forth below Plaintiff respectfully requests that the Court continue the Telephonic Case

   Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

22         The request for the brief continuance is necessitated by the fact that Plaintiff has not yet

23 perfected service of the initiating suit papers upon the Defendants Raquel Ortiz Reyes and Raul

24 Reyes, individually and d/b/a Los Reyes Mexican Food.  As a result, Plaintiff's counsel has not

25 conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other

26 pertinent issues involving the case itself.

27 ///

28         In addition, Thomas P. Riley, Plaintiff's counsel in this action, has a calendaring conflict on

   Tuesday, September 1, 2015 as Mr. Riley is scheduled to appear before the Honorable Charles R.

---

Breyer of the U.S.D.C. for the Northern District of California, San Francisco Division in the matter of *J & J Sports Productions, Inc. v. Apande, et al.,;* Case No. 3:14-cv-03945-CRB for a Case Management Conference at 2:00 P.M. (PST) that very same day (ECF# 43).

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Telephonic Case Management Conference, presently scheduled for Tuesday, September 1, 2015 at 10:00 AM.

Respectfully submitted,

Dated: August 25, 2015                     */s/ Thomas P. Riley*
                                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                          By: Thomas P. Riley
                                                          Attorneys for Plaintiff
                                                          J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///

1
2

**ORDER**

3
4

It is hereby ordered that the Telephonic Case Management Conference in civil action number

1:15-cv-01036--SKO captioned  *J & J Sports Productions, Inc. v. Reyes, et al.,* is hereby continued

5
6

from 10:00 a.m. on September 1, 2015, to October 27, 2015, at 10:00 a.m.  The scheduling conference

set for October 8, 2015, will also be continued to October 27, 2015, and consolidated with the Case

7

Management Conference.

8

Plaintiff shall serve a copy of this Order on the defendants and thereafter file a Certification of

9

Service of this Order with the Clerk of the Court.

10
11

IT IS SO ORDERED.

12

Dated:  __**August 25, 2015**__                    _____**/s/ Sheila K. Oberto**

13

UNITED STATES MAGISTRATE JUDGE

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28