# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:15-cv-01036---SKO |
| Plaintiff, | **ORDER STAYING LITIGATION** |
| v. | (Doc. 22) |
| RAQUEL ORTIZ REYES, et al., | |
| Defendants. | |

**ORDER**

The Court is in receipt of the Notice of Bankruptcy of Defendants filed by Plaintiff. (Doc. 22.) On October 26, 2015, Defendants Raquel Ortiz Reyes and Raul Reyes filed a Voluntary Petition seeking protection from creditors in bankruptcy in the United States Bankruptcy Court of the Eastern District of California. (*See* Doc. 22, Exh. 1, (Bankruptcy Petition # 15-14159).)

Accordingly, the above-entitled action is stayed as to Defendants Raquel Ortiz Reyes and Raul Reyes, individually and d/b/a Los Reyes Mexican Food, pending disposition of Plaintiff's claims against these particular Defendants in bankruptcy.

IT IS SO ORDERED.

Dated:  **October 29, 2015**                        **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28