# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | Case No. 1:15-cv-01036---SKO |
| Plaintiff, | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; LIFTING STAY OF LITIGATION; AND DIRECTING PLAINTIFF TO RE-NOTICE MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| RAQUEL ORTIZ REYES, individually and d/b/a Los Reyes Mexican Food; RAUL REYES, individually and d/b/a Los Reyes Mexican Food, | (Doc. No. 24) |
| Defendants. | |

On October 28, 2015, Plaintiff J&J Sports Productions, Inc. ("Plaintiff") filed a notice of Defendants' filing of a voluntary petition seeking protection from creditors in bankruptcy in the United States Bankruptcy Court of the Eastern District of California. (Doc. 22, Exh. 1 (Bankruptcy Petition # 15-bk-14159.) On October 29, 2015, the Court stayed the litigation due to Defendants Raul V. Reyes and Raquel O. Reyes' bankruptcy petition. (Doc. 23.)

On November 9, 2015, Plaintiff filed a motion for default judgment against Defendants. (Doc. 24.) Defendants' bankruptcy proceeding and the associated automatic stay of proceedings, however, were still ongoing when Plaintiff filed its motion for default judgment. *See* 11 U.S.C. § 362(a)(1). Although normally Plaintiff's motion for default judgment would be "deemed withdrawn" due to the automatic stay imposed by Defendants' bankruptcy filing, *see Hittle v. City*

*of Stockton, Cal.*, 2:12-cv-00766-GEB-KJN, 2012 WL 3886099 (E.D. Cal. Sept. 6, 2012), Defendants' bankruptcy case was dismissed on November 13, 2015, for failure to timely file documents, and it was closed on December 4, 2015, (*see* Bankruptcy Petition Docket, 15-bk-14159).

Accordingly, Plaintiff's motion for default judgment will be held in abeyance in light of the automatic stay resulting from Defendants' bankruptcy filing and the hearing is vacated from this Court's law and motion calendar. *See Travelers Cas. & Sur. Co. of America v. Natoma Valley Ridge, LLC, et al*, No. 2:08-cv-02715-JAM-KJN, 2010 WL 4814656 (E.D. Nov. 19, 2010). Plaintiff may re-notice its motion for default judgment before the undersigned, but need not re-file all of the supporting materials to the extent that those materials are not different.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of litigation is LIFTED as Defendants' bankruptcy case has been dismissed;
2. The hearing on Plaintiff's motion for default judgment is VACATED; and
3. Plaintiff is ORDERED to re-notice its motion for default judgment and shall re-serve notice upon Defendants.

IT IS SO ORDERED.

Dated:   **December 7, 2015**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

2